## KIMBLE v. STATE.
### No. 25909.

Court of Criminal Appeals of Texas.
June 18, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for assault with intent to murder and his punishment assessed at 6 years in the Penitentiary.

There is no statement of facts or bill of exception in the record brought forward on appeal. All proceedings appear regular and no question is raised for the consideration of this court.

The judgment is affirmed.

BEAUCHAMP, Judge.

The conviction is for driving a motor vehicle while intoxicated, with the punishment assessed at $100 fine.

Appellant has filed his affidavit requesting that the appeal be dismissed. The request is granted and the appeal is dismissed.

## Charles Warren POOLE, Appellant, v. STATE of Texas, Appellee.
### No. 25963.

Court of Criminal Appeals of Texas.
June 28, 1952.

No attorney for appellant of record on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is unlawful delivery of barbiturates; the punishment, 6 months in jail.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.